# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO: 8:07-CR-380-T-30TGW

NORMAN B. BABERS, DC #472575
D/O/B: 12/7/1977
_____/

## JUDGMENT OF CRIMINAL CONTEMPT

On June 10, 2008, the Court conducted a criminal contempt hearing. Norman B. Babers was found to be in criminal contempt pursuant to 18 U.S.C. § 401(1) for failing to testify in the trial of *USA vs. Charles Andrew Fowler* in the above styled case number.

The Court hereby imposes a term of imprisonment of FIVE (5) MONTHS and TWENTY-NINE (29) DAYS. This term shall run consecutively with any other terms of imprisonment that Mr. Babers is serving.

**DONE** and **ORDERED** in Tampa, Florida on June __12__, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Marshal
Probation
Warden, Wakulla C.I.

F:\Contempt Judgment\07-cr-380. contempt judgment 2.Babers.wpd