UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO: 8:07-CR-380-T-30TGW

JEROME PERSON, DC #H18489
D/O/B: 6/22/1982
_____/

## JUDGMENT OF CRIMINAL CONTEMPT

On June 11, 2008, the Court held Jerome Person in civil contempt for failing to testify in the trial of *USA vs. Charles Andrew Fowler* in the above styled case number. The Court set this matter for a criminal contempt hearing. Jerome Person was given the opportunity to purge and testify at trial. On June 13, 2008, the Court conducted a criminal contempt summary trial. Mr. Person was questioned by the Court and he refused to answer any questions at trial, even those that did not involve his Fifth Amendment privilege. The Court finds that Jerome Person is guilty of criminal contempt pursuant to 18 U.S.C. § 401(1).

The Court hereby imposes a term of imprisonment of FIVE (5) MONTHS and TWENTY-NINE (29) DAYS. This term shall run consecutively with any other terms of imprisonment that Jerome Person is serving. Additionally, the two days of civil contempt shall not count toward any prior sentence Mr. Person is serving, or is to serve in the future.

**DONE and ORDERED** in Tampa, Florida on June _16_, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Marshal
Probation
Warden, Sumter C.I.

F:\Contempt Judgment\07-cr-380.contempt judgment.Person.wpd